IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NUMBER 01-231-14 |
| | : |
| TREVIS PINKETT | : |
| USM# 55175-066 | : |

## ORDER

AND NOW this 18th day of December, 2014, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 146 months, effective November 1, 2015.

BY THE COURT:

_____
THE HONORABLE STEWART DALZELL
**Senior United States District Court Judge**

12/18/14  2cc: Marshal
             R. Weinberger - Prob.
        1cc: M. Meehan, Esq.
             B. McKean, AUSA